# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 05, 2024

Mr. Taylor Alexander Cates
Burch, Porter & Johnson
130 N. Court Avenue
Memphis, TN 38103

Mr. Phillip Gary Young Jr.
Thompson Burton
6100 Tower Circle
Suite 200
Franklin, TN 37067

Re: Case No. 24-5998, *Nicolaas Brekelmans, et al v. Max Salas*
Originating Case No. : 3:23-cv-00987 : 3:18-bk-02662 : 3:20-ap-90027

Dear Counsel,

This appeal has been docketed as case number **24-5998** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

The following case opening items should be docketed with the Clerk's office by **November 19, 2024**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant: Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations (if applicable)
Application for Admission to 6th Circuit Bar (if applicable)

Appellee:   Appearance of Counsel
            Disclosure of Corporate Affiliations (if applicable)
            Application for Admission to 6th Circuit Bar (if applicable)

   If appellant's case opening items are not timely filed, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 24-5998

In re: LEN SALAS

       Debtor

------------------------------

NICOLAAS BREKELMANS; GAIL GREGORY BREKELMANS; MICHAEL MCLOUGHLIN, JR.; MARTHA JOHNSON

       Plaintiffs - Appellants

v.

MAX SALAS

       Defendant - Appellee