UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5998**

Case Title: **Brekelmans et al.** vs. **Salas**

List all clients you represent in this appeal:

**Max Salas**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Phillip G. Young, Jr.**       Signature: s/ **Phillip G. Young, Jr.**

Firm Name: **Thompson Burton PLLC**

Business Address: **6100 Tower Circle, Suite 200**

City/State/Zip: **Franklin, TN 37067**

Telephone Number (Area Code): **(615) 465-6008**

Email Address: **phillip@thompsonburton.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17